UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 22 PM 3: 48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. '08 MJ 2601 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Jose Alberto CASILLAS-Panduro A.K.A. Beto | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **August 20, 2008** within the Southern District of California, defendant, **Jose Alberto CASILLAS-Panduro, A.K.A. Beto,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Leslie H. Pino
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF **AUGUST, 2008.**

UNITED STATES MAGISTRATE JUDGE

8/21/08

CONTINUATION OF COMPLAINT:
Jose Alberto CASILLAS-Panduro
A.K.A. Beto

## PROBABLE CAUSE STATEMENT

On August 19, 2008, United States Border Patrol Agents observed Jose Alberto CASILLAS-Panduro, A.K.A. Beto, hereinafter referred to as the defendant, at 912 Delta Street in National City, California. The defendant has been observed on several prior occasions.

I am currently assigned to the Imperial Beach Border Patrol Station, San Diego, CA, Station Abatement Team (SAT). My regular duties on the SAT include investigating, arresting, and prosecuting human smuggling and human trafficking. To prosecute and arrest an individual, my responsibility include running official record checks on previously deported criminal aliens. I do this in order to determine if any of these illegal aliens have returned to the United States in violation of Title 8 of the United States Code, Section 1326. On August 19, 2008, I ran official record checks on the defendant.

Record checks indicate that the defendant is a citizen of Mexico. The defendant was removed to Mexico on January 31, 2006 in San Diego, California, pursuant to an order of removal by the Executive Office for Immigration Review. The most recent execution of this order by Immigration officers was on February 18, 2008.

Nothing contained in the official records maintained by the United States Citizenship and Immigration Services indicates that the defendant has applied to the Attorney General of the United States or the Secretary of Department of Homeland Security for permission to reenter the United States.

Based on the foregoing there is probable cause to believe that **Jose Alberto CASILLAS-Panduro, A.K.A Beto** has illegally re-entered the United States after deportation in violation of Title 8 of the United States Code, 1326, deported alien found in the United States.